**United States District Court**
**Southern District of Ohio**
**Western Division**

Millard Hardy,
    Plaintiff

vs.

Robert Wesseling, et al.,
    Defendant

No. C-1-01-782

David S. Perelman

**ORDER**

The parties in the above action are ordered to participate in a settlement conference on Monday, February 23, 2004 at 2:00 pm, Room 716 Potter Stewart Bldg., Cincinnati, Ohio, before the undersigned. Both sides must have a representative with settlement authority present. The final pretrial conference previously scheduled for February 20, 2004 will be RESCHEDULED, if necessary, at the conclusion of the settlement conference.

    s/<u>David S. Perelman</u>
    David S. Perelman
    United States Magistrate Judge

1