**United States District Court**
**Southern District of Ohio**
**Western Division**

Millard Hardy,
    Plaintiff                                  No. C-1-01-782

vs.

Robert Kidd, et al.,
    Defendant                               **ORDER**

      The undersigned hereby RECUSES himself from this case and TRANSFERS it to the docket of Magistrate Judge Timothy S. Hogan.

                                         <u>s/David S. Perelman</u>
                                         David S. Perelman
                                         United States Magistrate Judge