UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Millard Lloyd Hardy,
    Plaintiff,

v.                               Case No. 1:01cv782
                                   (Hogan, M.J.)

Robert Wesseling, et al.,
    Defendants.

**NOTICE**

    Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Timothy S. Hogan on:

Monday, March 8, 2004, at 2:00 pm
Room 706 Potter Stewart U.S. Courthouse

Timothy S. Hogan
United States Magistrate Judge

 s/Barbara A. Crum
Courtroom Deputy

cc:   All Counsel
bac   March 3, 2004
J:\CRUMBA\FORMS\CALENDAR\2001\01-782.wpd