UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Millard Lloyd Hardy,
    Plaintiff,

v.                      Case No. 1:01cv782
                              (Hogan, M.J.)

Robert Wesseling, et al.,
    Defendants.

_____

**NOTICE**

_____

    Please take notice that the above-captioned case which had been set for a scheduling conference on March 8, 2004, will be reset before the Honorable Timothy S. Hogan on:

Tuesday, March 23, 2004, at 10:00 am
706 Potter Stewart U.S. Courthouse

                                        Timothy S. Hogan
                                        United States Magistrate Judge

                                          <u>S/Barbara A. Crum</u>
                                        Barbara A. Crum
                                        Courtroom Deputy

cc:    All counsel
bac    March 19, 2004