UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Millard Lloyd Hardy,
       Plaintiff,

       v.                          Case No. 1:01cv782
                                       (Hogan, M.J.)

Robert Wesseling, et al.,
       Defendants.

## CALENDAR ORDER

       Pursuant to an order reassigning this matter before Magistrate Judge Timothy S. Hogan on March 2, 2004, the following calendar shall apply:

1. Joint final pretrial order: **Submitted to the Court 3 days prior to FPTC**

2. Final pretrial conference: **June 15, 2004, at 2:00 pm**

3. Jury Instructions: **Submitted to the Court 7 days prior to Trial**

4. Jury Trial: **July 12, 2004, at 9:30 am**

IT IS SO ORDERED.


Date   3/23/2004                                    s/Timothy S. Hogan
bac      March 23, 2004                     Timothy S. Hogan
                                                United States Magistrate Judge

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.