UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Millard Lloyd Hardy,
    Plaintiff,

v.                           Case No. 1:01cv782
                              (Hogan, M.J.)

Robert Wesseling, et al.,
    Defendants.

**ORDER**

    Pursuant to telephonic notification by the Parties, this matter is hereby settled:

    It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

    The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date   7/7/2004                                   s/Timothy S. Hogan
bac     July 7, 2004                           TIMOTHY S. HOGAN
                                                U.S. Magistrate Judge